March 09, 2012

Mr. J. Brett Busby
Bracewell & Giuliani, LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2770
Mr. S. Mark Murray
S. Mark Murray, Inc.
2818 Nacogdoches Road
San Antonio, TX 78217

RE: Case Number: 08-0908
 Court of Appeals Number: 04-07-00503-CV
 Trial Court Number: 2003-PC-2654

Style: FEDERAL DEPOSIT INSURANCE CORP. AS RECEIVER FOR GUARANTY BANK
 v.
 CHRISTA C. LENK, ADMINISTRATOR OF THE ESTATE OF JOHN ALBERT THOMPSON

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Keith E. Hottle |
| |Mr. Gerard C. "Gerry" |
| |Rickhoff |
| |Ms. Karen Sue Neeley |
| |Mr. B. Scott Daugherty |
| |Ms. Ellen B. Mitchell |